UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 8:18-cv-00716-JLS-GJS                  Date: December 5, 2019

Title: Howard Chow et al v. United States of America

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                           Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER (1) TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE AND (2) EXTENDING DEADLINE FOR FILING OF DEFENDANT'S REPLY BRIEF**

     Under the Court's October 18, 2019 order, Plaintiff Howard Chow's opposition to Defendant United States of America's motion for summary judgment was due on November 22, 2019. (Doc. 25 at 2.) On the evening of the due date, Chow filed an ex parte application requesting an extension of time until November 25, 2019 to file that opposition. (Doc. 28.) He failed to file his opposition even by that later date. Accordingly, on November 26, 2019, the Court denied the ex parte application, noting that "[a]ny future submission of that opposition brief [would be] untimely." (Doc. 29.) On December 5, 2019, Chow finally filed his opposition, without any explanation for its untimely submission. (Doc. 30.) Local Rule 7-13 explicitly states that a "party filing any document … after the time for filing the same shall have expired, also shall be subject to" sanctions. *See* C.D. Cal. L.R. 7-13, 83-7.

     Accordingly, Chow is ORDERED to show cause why sanctions should not issue for his failure to timely file. Further, the United States' reply brief was previously due on December 6, 2019. (Doc. 27.) In light of the tardy opposition filing, the Court EXTENDS the United States' deadline for filing its reply until December 12, 2019.

                                                                                 Initials of Preparer: tg