UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD CHOW and YIHUA CHOW,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No.: 8:18-cv-716 JLS(GJSx)<br><br>**JUDGMENT** |

Pursuant to the Court's February 5, 2020, Order (doc. 41) granting the Government's Motion for Summary Judgment (doc. 22), **IT IS HEREBY ORDERED** that judgment is entered in favor of the United States of America, Defendant, and against Howard Chow and Yihua Chow, Plaintiffs. The Chows shall take nothing by their complaint.

The United States is awarded costs.

IT IS SO ORDERED.

Date: February 11, 2020

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE